UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, | Case No.: 3:06-cv-00116-RV-MD |

        Plaintiffs,

v.

ROBERT CALHOUN,

        Defendant.

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

Plaintiffs' Application For Default Judgment By The Court is hereby granted.

1.    Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the eight sound recordings listed in Exhibit A to the Complaint. Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Six Thousand Dollars ($6,000.00).

2.    Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Three Hundred Twenty-Five Dollars ($325.00).

{TP245745;1}

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "These Are The Times," on album "Enter the Dru," by artist "Dru Hill" (SR# 290-402);
- "Go," on album "A Nu Day," by artist "Tamia" (SR# 293-084);
- "Everything," on album "Share My World," by artist "Mary J. Blige" (SR# 238-818);
- "My Way," on album "My Way," by artist "Usher" (SR# 257-730);
- "6 Feet Underground," on album "Rule 3:36," by artist "Ja Rule" (SR# 270-080);
- "Realove," on album "Juslisen," by artist "Musiq" (SR# 308-859);
- "I'm So Into You," on album "It's About Time," by artist "SWV" (SR# 146-905);
- "Every Time I Close My Eyes," on album "The Day," by artist "Babyface" (SR# 231-025);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DONE AND ORDERED in Pensacola, Florida this 7th day of November, 2006.

|  |  |  | /s/ *Roger Vinson* |
|---|---|---|---|
|  |  |  | Roger Vinson<br>Senior United States District Judge |