UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, | Case No.: 3:06-cv-00116-RV-MD |
| Plaintiffs, | |
| v. | |
| ROBERT CALHOUN, | |
| Defendant. | |

## ORDER GRANTING PLAITIFFS' MOTION TO DISMISS WITHOUT PREJUDICE

This matter comes before the Court on Plaintiffs' Motion to Dismiss without Prejudice. Having reviewed the motion and being fully advised, the Court FINDS that good cause exists to dismiss the case without prejudice and SO ORDERS.

BY THE COURT

Date: February 20, 2007

/s/ *Roger Vinson*
Roger Vinson
Senior United States District Judge